**Eugene THOMAS, Plaintiff—Appellant,**

v.

**State of VIRGINIA, Defendant—
Appellee.**

**No. 05–7399.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 17, 2005.

Decided: Nov. 30, 2005.

Eugene Thomas, Appellant Pro Se.

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Eugene Thomas appeals the district court's order dismissing his § 1983 action for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Thomas v. Virginia,* No. CA–05–429–7 (W.D.Va. July 27, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*